# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| PAULINE ABRAMOWICH AND JOSEPH ABRAMOWICH | : | No. 424 WAL 2015 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| ANDREW MICHAEL ALBERT, M.D., | : | |
| CONEMAUGH HEALTH SYSTEM, INC., | : | |
| I/A/T/D/B/A  MEMORIAL MEDICAL | : | |
| CENTER, AND CONEMAUGH HEALTH | : | |
| INITIATIVES, INC. | : | |
| | : | |
| | : | |
| PETITION OF: ANDREW MICHAEL | : | |
| ALBERT, M.D. | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Mr. Justice Eakin did not participate in the decision of this matter.